**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of defendant, SelecTrucks of America, LLC, in the above-captioned matter.

                                          **MARSHALL, DENNEHEY, WARNER,**
                                          **COLEMAN & GOGGIN**

                                            BY: <u>/s/ Tracy A. Burleigh  (ID#: 3609)</u>
                                                **TRACY A. BURLEIGH, ESQUIRE**
                                                **1220 North Market Street, 5th Floor**
                                                **P.O. Box 8888**
                                                **Wilmington, DE  19899**
                                                **(302) 552-4304**
                                                **Attorney for Defendant,**
                                                **SelecTrucks of America, LLC**

DATED:  January 21, 2008
15/575313.v1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **ENTRY OF APPEARANCE** in the above-captioned matter this date via e-file and regular mail.

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351

 

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY:  /s/ Tracy A. Burleigh  (ID#: 3609)**
     **TRACY A. BURLEIGH, ESQUIRE**
     **1220 North Market Street, 5th Floor**
     **P.O. Box 8888**
     **Wilmington, DE  19899**
     **(302) 552-4304**
     **Attorney for Defendant,**
     **SelecTrucks of America, LLC**

DATED:  January 21, 2008
15/575315.v1