## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

IT IS HEREBY stipulated by and between the undersigned counsel for the parties, subject to approval by the Court, that the time defendant, SelecTrucks of America, LLC, shall have to file a responsive pleading in the above matter is extended until February 8, 2008.

| | |
|---|---|
| **FERRY, JOSEPH & PEARCE, P.A.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| | |
| **BY:** /s/ *Rick S. Miller* | **BY:** /s/ *Tracy A. Burleigh* |
| **RICK S. MILLER, ESQUIRE** | **TRACY A. BURLEIGH, ESQUIRE** |
| **I.D. No. 3418** | **I.D. No. 3609** |
| **824 Market Street, Suite 904** | **1220 North Market Street, 5th Floor** |
| **P.O. Box 1351** | **P.O. Box 8888** |
| **Wilmington, DE 19899** | **Wilmington, DE 19899** |
| **(302) 575-1555** | **(302) 552-4304** |
| **Attorney for Plaintiff,** | **Attorney for Defendant,** |
| **Mehmet Aksoy** | **SelecTrucks of America, LLC** |

SO ORDERED this _____ of _____, 2008.

_____
J.

06215-102/15/575326.v1