IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-003(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTRUCKS OF AMERICA, LLC, | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

    Please take notice that a copy of the plaintiff's initial disclosures under Fed. R. Civ. P. 26(a)(1) were served by hand delivery on March 10, 2008 to Tracy A. Burleigh, Esquire, Marshall Dennehey et al.,1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Plaintiff

Dated: March 10, 2008