IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-003(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTRUCKS OF AMERICA, LLC, | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

    Please take notice that a copy of the plaintiff's first request for production of documents was served by hand delivery on March 19, 2008 to Tracy A. Burleigh, Esquire, Marshall Dennehey et al., 1220 N. Market Street, 5th Floor, Wilmington, DE 19801.

    FERRY, JOSEPH & PEARCE, P.A.

    /s/Rick S. Miller
    Rick S. Miller (#3418)
    824 Market Street, Suite 904
    P.O. Box 1351
    Wilmington, DE 19899-1351
    (302) 575-1555
    Attorney for Plaintiff

Dated: March 19, 2008