## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### NOTICE OF CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the **RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANT, SELECTRUCKS OF AMERICA, LLC** in the above-captioned matter this date via hand delivery.

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899-1351

                    **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

                    **BY:  /s/ Tracy A. Burleigh  (ID#: 3609)**
                          **TRACY A. BURLEIGH, ESQUIRE
                        1220 North Market Street, 5th Floor
                        P.O. Box 8888
                        Wilmington, DE  19899
                        (302) 552-4304
                        Attorney for Defendant,
                        SelecTrucks of America, LLC**

DATED:  May 1, 2008
06215-102/15/606276.v1