IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEHMET AKSOY, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 08-003(GMS) |
| | ) |
| v. | ) |
| | ) |
| SELECTRUCKS OF AMERICA, LLC, | ) TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RECORDS DEPOSITION

TO: Detroit Diesel Corporation
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

PLEASE TAKE NOTICE the undersigned counsel will take the records deposition of the records custodian at the office of Detroit Diesel Corporation on **Thursday, May 22, 2008 at 10:00 a.m.** in the offices of Ferry, Joseph & Pearce, P.A., 824 Market Street, Suite 904, Wilmington, Delaware 19801.

DUCES TECUM: The records custodian at the office of Detroit Diesel Corporation will receive a subpoena requiring him/her to provide a complete copy of any and all maintenance, service and/or warranty records relating to 2004 Freightliner Highway Truck, Model 6067MK6E, Serial No. 06R0736173, VIN 1FUJA6CG74LM10966 from 16 June 2003 t the present date.

Dated: May 5, 2008            FERRY, JOSEPH & PEARCE, P.A.

                                       /s/ Rick S. Miller
                                       RICK S. MILLER, ESQUIRE (No. 3418)
                                       824 Market Street, Suite 904
                                       P.O. Box 1351
                                       Wilmington, DE 19899
                                       (302)575-1555
                                       Attorney for Mehmet Aksoy

**CERTIFICATE OF SERVICE**

I, Rick S. Miller, Esquire, hereby certify that on this 5th day of May, 2008, I have caused to be mailed a copy of the foregoing Notice of Records Deposition to the following:

Tracy A. Burleigh, Esquire
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

/s/ Rick S. Miller
RICK S. MILLER, ESQUIRE (No. 3418)