## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### NOTICE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the FIRST SET OF INTERROGATORIES OF DEFENDANT, SELECTRUCKS OF AMERICA, LLC ADDRESSED TO PLAINTIFFS AND DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF in the above-captioned matter this date via regular mail.

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

**BY:** /s/ Tracy A. Burleigh  (**ID#: 3609**)
 **TRACY A. BURLEIGH, ESQUIRE**
 **1220 North Market Street, 5th Floor**
 **P.O. Box 8888**
 **Wilmington, DE 19899**
 **(302) 552-4304**
 **Attorney for Defendant,**
 **SelecTrucks of America, LLC**

DATED: June 26, 2008
15/638862.v1