IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-003(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTRUCKS OF AMERICA, LLC, | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RECORDS DEPOSITION**

PLEASE TAKE NOTICE the undersigned counsel will take the records deposition of the records custodian of Covenant Transport, Inc. on **Friday, July 14, 2008 at 10:00 a.m.** in the offices of Drescher & Sharp, P.C., 1720 West End Avenue, Suite 300, Nashville TN 37203.

DUCES TECUM: The records custodian at the office of Covenant Transport, Inc. will receive a subpoena requiring him/her to provide a complete copy of the documents listed on Exhibit "A" hereto.

Dated: July 8, 2008                    FERRY, JOSEPH & PEARCE, P.A.

                                                                                       /s/ Rick S. Miller
RICK S. MILLER, ESQUIRE (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302)575-1555
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Rick S. Miller, Esquire, hereby certify that on this 8th day of July, 2008, I have caused to be mailed a copy of the foregoing Notice of Records Deposition to the following:

Tracy A. Burleigh, Esquire
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

                                               /s/ Rick S. Miller
                                               RICK S. MILLER, ESQUIRE (No. 3418)

EXHIBIT "A"

Definition: "Vehicle" shall mean and refer to a 2004 Freightliner Highway Truck, Model 6067MK6E, Serial No. 06R0736173, VIN 1FUJA6CG74LM10966, which was registered to Covenant Transport, Inc., from approximately July 2003 until as late as August 2006.

Documents to be produced:

1. Any and all maintenance, service and/or warranty claim records relating to the Vehicle.

2. Mileage log for the Vehicle.

3. Any and all documents referring to the sale, or transfer of title of the Vehicle by Covenant Transport, Inc. to SelecTrucks of America, LLC, or any other person or entity.

4. Any and all correspondence relating to or concerning the Vehicle between Covenant Transport, Inc. and any other person or entity.