IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-003(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTRUCKS OF AMERICA, LLC, | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE the undersigned counsel will take the oral deposition of George Poltrock on **Monday, August 4, 2008 at 4:00 p.m.** in the offices of Ferry, Joseph & Pearce, P.A., 824 Market Street, Suite 904, Wilmington, DE 19801.

Dated: July 18, 2008

FERRY, JOSEPH & PEARCE, P.A.

  /s/ Rick S. Miller
RICK S. MILLER, ESQUIRE (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302)575-1555
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Rick S. Miller, Esquire, hereby certify that on this 18th day of July, 2008, I have caused to be mailed a copy of the foregoing Notice of Deposition to the following:

Tracy A. Burleigh, Esquire
Marshall Dennehey, Warner, Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

                                              /s/ Rick S. Miller
                                              RICK S. MILLER, ESQUIRE (No. 3418)