# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:  Rick S. Miller, Esquire
Ferry Joseph and Pearce, P.A.
824 North Market Street, Suite 904
Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of plaintiff, **MEHMET AKSOY**, on Monday, August 4, 2008 beginning at 11:30 a.m., and continuing from day to day thereafter until completed, at the law offices of Ferry, Joseph & Pearce, P.A., 824 Market Street, Suite 904, Wilmington, DE  19801.

**MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN**

BY: /s/ Tracy A. Burleigh  (ID#: 3609)
**TRACY A. BURLEIGH, ESQUIRE
1220 North Market Street, 5th Floor
P. O. Box 8888
Wilmington, DE  19899
(302) 552-4304
Attorney for Defendant,
SelecTrucks of America, LLC**

DATED:  July 29, 2008
Cc:  Corbett & Wilcox
06215-102/15/651273.v1