IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEHMET AKSOY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-003(GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTRUCKS OF AMERICA, LLC, | ) | TRIAL BY JURY DEMANDED |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SERVICE

    The undersigned hereby declares, under penalty of perjury, that a copy of his Motion to Withdraw as Counsel for Plaintiff was served on the plaintiff, Mehmet Aksoy, 38 Monroe Street, EA-9, New York NY 10002 by certified mail, return receipt requested on August 5, 2008. Attached hereto as Exhibit "A" is a copy of the receipt received from the US Postal Service at the time of mailing and a copy of the return receipt "green card" indicating that the mailing was claimed by the plaintiff on August 12, 2008.

                                                FERRY, JOSEPH & PEARCE, P.A.

                                                /s/Rick S. Miller
                                                Rick S. Miller (#3418)
                                                824 Market Street, Suite 904
                                                P.O. Box 1351
                                                Wilmington, DE 19899-1351
                                                (302) 575-1555
                                                Attorney for Plaintiff

Dated: August 14, 2008

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0003 0008 9513

| | |
|---|---|
| Postage | $ .42 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.32 |

Postmark Here — AUG 5 2008

Sent To: Mehmet Emin Aksoy
Street, Apt. No.; or PO Box No.: 38 Monroe St., EA-9
City, State, ZIP+4: New York, NY 10002

PS Form 3800, January 2001  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mehmet Emin Aksoy
38 Monroe Street
EA-9
New York, NY 10002

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Knickerbocker AUG 12 2008 York 1000_ USPS

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0003 0008 9513

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

