**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**JOINT STATUS REPORT**

This is a joint status report filed by the parties in the above-referenced case. There are currently two matters pending.

On August 4, 2008, counsel for the plaintiff filed a motion to withdraw as plaintiff's attorney. (D.I. 23). That motion was served on the plaintiff by certified mail as required under Local Rule 83.7, and claimed by the plaintiff on August 12, 2008. (D.I. 25). Pursuant to LR 83.7, the requisite ten (10) days after service have expired, and the matter is therefore ripe for a hearing. Plaintiff's counsel has spoken with the plaintiff and stressed to him the importance of filing a written response to this motion if he wishes to oppose it. The plaintiff has not indicated to his undersigned counsel whether or not he intends to oppose it.

On August 6, 2008, counsel for the defendant filed a motion to enforce a settlement agreement. (D.I. 24). Plaintiff's counsel sent a copy of this motion to the plaintiff on August 6, 2008 along with a cover letter explaining that if the plaintiff wished to oppose the motion he would need to file an objection in Court. Plaintiff's undersigned counsel offered to file any such objection for the plaintiff if he desired. Like the motion to withdraw, plaintiff's counsel has spoken with the plaintiff about this motion and stressed to him the need to file an objection if he

wished to oppose it. The plaintiff has indicated to his undersigned attorney that he did not wish to settle on the terms set forth in the motion to enforce settlement, but he has not indicated whether he intends to file a written objection to this motion.

This matter is scheduled for a two-day jury trial on October 14, 2008. Mediation is scheduled to take place on September 19, 2008 with Magistrate Judge Stark. Because the resolution of these two pending motions would have a substantial impact on the parties' and the Court's trial schedule, the undersigned counsel respectfully request that the Court schedule hearings to resolve these matters at its earliest convenience.

| | |
|---|---|
| **FERRY, JOSEPH & PEARCE, P.A.** | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| BY: /s/ Rick S. Miller | BY: /s/ Tracy A. Burleigh |
| RICK S. MILLER, ESQUIRE | TRACY A. BURLEIGH, ESQUIRE |
| I.D. No. 3418 | I.D. No. 3609 |
| 824 Market Street, Suite 904 | 1220 North Market Street, 5th Floor |
| P.O. Box 1351 | P.O. Box 8888 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 575-1555 | (302) 552-4304 |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Mehmet Aksoy | SelecTrucks of America, LLC |

Dated: August 26, 2008
06215-102/15/664002.v1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**NOTICE OF CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of

the **JOINT STATUS REPORT** in the above-captioned matter this date by certified mail.

Mehmet Emin Aksoy
38 Monroe Street; EA-9
New York, NY  10002


**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

**BY:  /s/ Tracy A. Burleigh  (ID#: 3609)**
     **TRACY A. BURLEIGH, ESQUIRE**
     **1220 North Market Street, 5th Floor**
     **P.O. Box 8888**
     **Wilmington, DE  19899**
     **(302) 552-4304**
     **Attorney for Defendant,**
     **SelecTrucks of America, LLC**


DATED:  August 26, 2008

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEHMET AKSOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-003 (GMS) |
| | : | |
| SELECTRUCKS OF AMERICA, LLC, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**NOTICE OF CERTIFICATION OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of

the **JOINT STATUS REPORT** in the above-captioned matter this date by certified mail.

Mehmet Emin Aksoy
38 Monroe Street; EA-9
New York, NY  10002

                                        **MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

                                        **BY:  /s/ Tracy A. Burleigh  (ID#: 3609)
TRACY A. BURLEIGH, ESQUIRE
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4304
Attorney for Defendant,
SelecTrucks of America, LLC**

DATED:  August 26, 2008
06215-102/15/664005.v1