IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEHMET AKSOY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No.: 08-003 (GMS) |
| SELECTRUCKS OF AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In Wilmington this 29th day of August, 2008,

There are two outstanding motions in this case. First, the plaintiff's counsel has moved to withdraw. (D.I. 23.) That motion is denied. Second, the defendant has moved to enforce a purported settlement agreement. (D.I. 24.) The plaintiff shall file an answer to this second motion within ten (10) days of this Order.

SO ORDERED.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE